## RICHARD LEE HERRING *v.* STATE OF MARYLAND

[No. 150, September Term, 1979.]

*Decided February 4, 1980.*

The cause was submitted to MURPHY, C. J., and SMITH, DIGGES, ELDRIDGE, COLE and DAVIDSON, JJ.

### PER CURIAM ORDER

It is this 4th day of February, 1980

ORDERED, by the Court of Appeals of Maryland, that the above entitled case be, and it is hereby, remanded to the Court of Special Appeals of Maryland without affirmance or reversal for reconsideration in light of *Snead v. State,* 286 Md. 122, 406 A.2d 98.

## IN RE: JOHN Y.

[No. 151, September Term, 1979.]

*Decided February 4, 1980.*

The cause was submitted to MURPHY, C. J., and SMITH, DIGGES, ELDRIDGE, COLE and DAVIDSON, JJ.

### PER CURIAM ORDER

It is this 4th day of February, 1980

ORDERED, by the Court of Appeals of Maryland, that the judgment of the District Court of Maryland for Montgomery County, sitting as a Juvenile Court, be and it is hereby, affirmed, Montgomery County to pay the costs. See *In re: James S.,* No. 107, September Term, 1979, decided January 29, 1980.